UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN NICHOLS, an individual,<br><br>             Plaintiff,<br><br>  v.<br><br>AVIS BUDGET GROUP, INC., a corporation,<br><br>             Defendant. | Case No. CV 08-04624 DDP (Ex)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION** |

    The Court orders the Defendant to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. Plaintiff Glenn Nichols brought action in state court alleging state law claims for employment discrimination based on disability and failure to accommodate his disability. Defendant removed to federal district court on the basis of diversity jurisdiction. A federal court may exercise diversity jurisdiction when there is complete diversity between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332.

    It is not clear to the Court that the jurisdictional amount in controversy is satisfied. Plaintiff's complaint alleges special,

general, and compensatory damages in excess of $50,000. Defendant contends that such judgments typically exceed $75,000.

The Court orders the parties to file cross briefs, not to exceed five pages, by October 27, 2008 to show cause why this action should not be dismissed for failure to meet the amount in controversy required for the Court to exercise diversity jurisdiction.  The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312. N. Spring Street, Los Angeles.  The Court notes that the Defendant has the burden of establishing removal jurisdiction. If a party does not file a brief, the court will regard the party as not opposing remand of this matter.  A hearing is scheduled on this matter for Monday, November 10, 2008, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 25, 2008

DEAN D. PREGERSON
United States District Judge